*R# 149670 CK#1128 $4.03* (handwritten)

## DIVIDENDS REMITTED TO THE COURT

Case Number 07-15519 - HEDENBERG, KEITH WILLIAM

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| City of Cleveland<br>Division of Water and Sewer<br>1201 Lakeside Ave<br>Cleveland, OH 44114 | 000011 | 180.53 | 4.03 |
| ---------- Remittance Total --------------- | | 180.53 | 4.03 |

_____
ALAN J. TREINISH, TRUSTEE

FILED 2010 JAN 14 PM 12:56 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO CLEVELAND